**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-6989**

—————

BERTRAM STEVENS,

Petitioner - Appellant,

versus

D. A. GARRAGHTY, Warden; KATHLEEN HAWK SAWYER,
Director, Federal Bureau of Prisons,

Respondents - Appellees.

—————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-01-859-3)

—————

Submitted: November 6, 2003        Decided: November 25, 2003

—————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Bertram Stevens, Appellant Pro Se. Mary Hannah Lauck, OFFICE OF THE
UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bertram Stevens appeals the magistrate judge's order denying his Fed. R. Civ. P. 60(b) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>See</u> <u>Stevens v. Garraghty</u>, No. CA-01-859-3 (E.D. Va. May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).